

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00118-CV

_____

IN RE ALL SAINTS EPISCOPAL CHURCH (FORT WORTH), Relator

Original Proceeding
141st District Court of Tarrant County, Texas
Trial Court No. 141-252083-11

Before Walker, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and all related filings and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. The May 11, 2021 stay order is lifted.

Per Curiam

Delivered: September 9, 2021